Evan T.L. Hughes, Esquire                                  Attorney for Defendant
The Hughes Firm, LLC
1845 Walnut Street, Suite 932
Philadelphia, PA 19103
Tel 215.454.6680
Fax 610.471.0456
evan.hughes@hughesfirm.pro

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ROBERT WENDELL LANDIS | CRIMINAL NO. 14-379<br><br>HONORABLE STEWART DALZELL |

DEFENSE MOTION TO SUPPRESS

Defendant, Robert Wendell Landis, by and through his undersigned counsel, respectfully moves this Honorable Court to suppress any and all physical evidence, audio recordings, video, and any other evidence pertaining to his case. And in support therefore avers;

1. A search warrant was applied for on November 29, 2012 to access Defendant's Facebook records. The warrant contained material misrepresentations and omissions of fact. The warrant also lacked probable cause.

1

2. A search warrant was applied for on February 21, 2013 to access Defendant's Yahoo records. The warrant contained material misrepresentations and omissions of fact. The warrant also lacked probable cause.

3. Any evidence obtained as a result of the aforementioned defective search warrant is tainted.

4. Defendant moves to suppress any evidence obtained as a result of information gained in the aforementioned warrants as fruit of the poisonous tree.

5. The evidence was obtained in violation of the Fourth and Sixth Amendments of the United States Constitution.

**DATED** this 20th day of March, 2015.

**THE HUGHES FIRM, LLC**

/s/

By _____

Evan T.L. Hughes, Esq.
Attorney for Defendant

# VERIFICATION

I, Evan T.L. Hughes, hereby verify that the forgoing statements are accurate and made subject to the penalties of perjury.


/s/

By _____

Evan T.L. Hughes, Esq.

# CERTIFICATE OF SERVICE

I, hereby certify, that on this date a true and correct copy of this Motion was served upon the United States via electronic notice.

/s/

By _____

Evan T.L. Hughes, Esq.