# ATTACHMENT A

# facebook security

| | |
|---|---|
| Title | **Wendell Landis – Sexual Conduct with a Minor** |
| Misconduct | The suspect, age 27, is engaging in repeated sexual conduct with a 15-year-old girl. |
| Date Range | 4/12 – present |
| Subject Name | Wendell Landis (UID: 1641165072) |
| Subject Location | Telford, PA |
| Victim #1 Name | ▮▮▮▮ H▮▮▮▮ (UID: 1334013414) |
| Victim #1 Location | Buford, GA |

Please submit preservation requests and all legal process to www.facebook.com/records

- Facebook messages between 27-year-old Wendell Landis (UID: 1641165072) and 15-year-old F▮▮ H▮▮▮ (UID: 1334013414) indicate that Landis is engaging in repeated sexual conduct with H▮▮▮. He also attempts to solicit/produce photographs of her engaging in sexual conduct.

Case Summary

April 29, 2012

[Wendell Landis (1641165072) - 04/29/2012 17:47:10 UTC]
Lol...I wanna take pics of u....

[F▮▮ H▮▮▮ (1334013414) - 04/29/2012 17:47:41 UTC]
Mmmm what kindd ;)

[Wendell Landis (1641165072) - 04/29/2012 17:48:33 UTC]
Not ones u can put on fb....

[Wendell Landis (1641165072) - 04/29/2012 17:53:21 UTC]
Maybe start out with underwear pics...

[F▮▮ H▮▮▮ (1334013414) - 04/29/2012 17:57:53 UTC]
Mmm u can take any type u want ;)

[Wendell Landis (1641165072) - 04/29/2012 17:58:35 UTC]
Maybe end up taking pics of u sucking my dick.....

# facebook security

[F████ H████ (1334013414) - 04/29/2012 17:59:02 UTC]
I wouldnt mind that ;)

[Wendell Landis (1641165072) - 04/29/2012 18:00:46 UTC]
Or maybe a pic of my dick in ur ass....

[F████ H████ (1334013414) - 04/29/2012 18:01:37 UTC]
Anything u want hun ;)

[Wendell Landis (1641165072) - 04/29/2012 18:02:10 UTC]
Ever take any pics like that before?

[F████ H████ (1334013414) - 04/29/2012 18:02:28 UTC]
Nopee

[Wendell Landis (1641165072) - 04/29/2012 18:03:09 UTC]
Do u want to?

[F████ H████ (1334013414) - 04/29/2012 18:03:39 UTC]
I dont mindd if u wanna

...

[Wendell Landis (1641165072) - 04/29/2012 19:49:09 UTC]
I gotta make sure I can come tonight

[F████ H████ (1334013414) - 04/29/2012 19:50:10 UTC]
Okayyss well if u can. U can do w,e u want to me and take any pics u want ;)

[Wendell Landis (1641165072) - 04/29/2012 19:50:42 UTC]
I wanna finger ur ass while u suck my dick

[F████ H████ (1334013414) - 04/29/2012 19:51:15 UTC]
Go ahead ;)

...

[F████ H████ (1334013414) - 04/29/2012 21:25:06 UTC]
Haha not uhh! I jus kissed u alott

[Wendell Landis (1641165072) - 04/29/2012 21:25:20 UTC]
That's all?

**facebook** security

[F███ H███] (1334013414) - 04/29/2012 21:26:18 UTC]
At first haha then u were like I gotta stop or im gunna wanna fuck u haha

[Wendell Landis (1641165072) - 04/29/2012 21:26:36 UTC]
So u kept going.....

[F███ H███] (1334013414) - 04/29/2012 21:27:57 UTC]
Hahaha I did ;) hey im not the one who gets excited that easilyy loll all we did was make out and u were ROCK hard

[Wendell Landis (1641165072) - 04/29/2012 21:28:29 UTC]
R u complaining?

[F███ H███] (1334013414) - 04/29/2012 21:33:18 UTC]
U acted rlly surpriseedd when I sat on u lol I toldd u I was rlly tight :P I hope u liked it thooo ;)

[Wendell Landis (1641165072) - 04/29/2012 21:33:39 UTC]
It felt good

[F███ H███] (1334013414) - 04/29/2012 21:35:23 UTC]
Well if u come ovr then u can feel it again

[Wendell Landis (1641165072) - 04/29/2012 21:35:42 UTC]
U sure?

[F███ H███] 1334013414) - 04/29/2012 21:50:21 UTC]
100% sure ;) and maybe this timee u can take some control when we fuck ;)..and last longer?

May 5, 2012

[Wendell Landis (1641165072) - 05/05/2012 23:34:41 UTC]
R ur parents gonna be home all day tomorrow?

[F███ H███] 1334013414) - 05/05/2012 23:35:48 UTC]
Yeahh but I can jus go to the park

[Wendell Landis (1641165072) - 05/05/2012 23:36:52 UTC]
I'm going to my friends boat tomorrow to talk business but not sure when or for how long

[F███ H███] (1334013414) - 05/05/2012 23:40:07 UTC]
Okayy :D

[Wendell Landis (1641165072) - 05/05/2012 23:50:13 UTC]

# facebook security

Idk if I can fuck but would love a nice bj

[F█████ H█████ (1334013414) - 05/05/2012 23:52:09 UTC]
I can do that ;)

May 6, 2012

[Wendell Landis (1641165072) - 05/06/2012 03:30:31 UTC]
R u horny?

[F█████ H█████ (1334013414) - 05/06/2012 03:30:49 UTC]
Mmhhmmm

[Wendell Landis (1641165072) - 05/06/2012 03:32:32 UTC]
My back and neck r killing me

[F█████ H█████ (1334013414) - 05/06/2012 03:33:05 UTC]
:( im sorryy im on my way down now

[Wendell Landis (1641165072) - 05/06/2012 04:21:39 UTC]
Do u like ass or pussy more?

[F█████ H█████ (1334013414) - 05/06/2012 04:22:06 UTC]
I have to say ass lol atleast when riding :P

[Wendell Landis (1641165072) - 05/06/2012 04:23:04 UTC]
So its a do it again?

[F█████ H█████ (1334013414) - 05/06/2012 04:23:20 UTC]
Hell yes

[Wendell Landis (1641165072) - 05/06/2012 04:24:12 UTC]
Was tonight better than last time?

[F█████ H█████ (1334013414) - 05/06/2012 04:26:47 UTC]
Yes!

[Wendell Landis (1641165072) - 05/06/2012 04:27:44 UTC]
Y?

[F█████ H█████ (1334013414) - 05/06/2012 04:29:10 UTC]
More intensee and moree rough ;)

# facebook security

[Wendell Landis (1641165072) - 05/06/2012 04:31:10 UTC]
Longer?

[F███ H███ (1334013414) - 05/06/2012 04:31:32 UTC]
Yes!

[F███ H███ (1334013414) - 05/06/2012 04:35:12 UTC]
It was soooo fun lovee

May 11, 2012

[F███ H███ (1334013414) - 05/12/2012 02:49:02 UTC]
Hun u trying to act domante makes me laugh cuz every time I fuck you im on top :P and being a bit more domante soooo maybe if u start being more controlling

[F███ H███ (1334013414) - 05/12/2012 02:49:42 UTC]
And accually I do. Get outta the car and make me take off the nighty :P

[Wendell Landis (1641165072) - 05/12/2012 02:51:20 UTC]
I'll do it in the middle of the day at the park....

[F███ H███ (1334013414) - 05/12/2012 02:51:50 UTC]
Mm in an open feild

[Wendell Landis (1641165072) - 05/12/2012 02:52:28 UTC]
I'm gonna lift ur skirt with people around

[F███ H███ (1334013414) - 05/12/2012 02:52:48 UTC]
Do it.

[Wendell Landis (1641165072) - 05/12/2012 02:53:46 UTC]
I'm gonna take pics of u at the park...

[F███ H███ (1334013414) - 05/12/2012 02:54:23 UTC]
They better be naughtyy

[Wendell Landis (1641165072) - 05/12/2012 02:54:48 UTC]
Of course

June 17, 2012

[Wendell Landis (1641165072) - 06/17/2012 18:39:39 UTC]
R u alone with him right now?



[F███ H████ (1334013414) - 06/17/2012 18:51:20 UTC]
Yep

[Wendell Landis (1641165072) - 06/17/2012 19:06:06 UTC]
U should flash him....and see what happens

[F███ H████ (1334013414) - 06/17/2012 19:43:21 UTC]
Haha why

[Wendell Landis (1641165072) - 06/17/2012 19:44:12 UTC]
Cuz I want pics of u blowing him

**Suspect Table**

| | |
|---|---|
| Name | Wendell Landis |
| Facebook ID | 1641165072 |
| Email Address | xtictac22@hotmail.com |
| Physical Address | Unknown |
| Telephone Number | 1 (215) 262-4363 |

**Victim Table**

| | |
|---|---|
| Name | F███ H████ |
| Facebook ID | 1334013414 |
| Email Address | f█████96@yahoo.com |
| Physical Address | Unknown<br>Attends Conestoga High School |
| Telephone Number | 1 (610) 457-2292 |

Facebook Enforcement Efforts

Landis's profile has been disabled for engaging in sexual conversation with a minor in violation of Facebook's Terms of Use.