IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA    :   CRIMINAL ACTION
                     :
        vs.         :
                     :
ROBERT WENDELL LANDIS     :   NO. 14-379


PHILADELPHIA, PENNSYLVANIA

OCTOBER 28, 2015


BEFORE:     THE HONORABLE STEWART DALZELL, J.


SENTENCING HEARING


APPEARANCES:

              OFFICE OF THE UNITED STATES ATTORNEY
              BY:  ROBERTA BENJAMIN, ESQUIRE
              Assistant United States Attorney
              Eastern District of Pennsylvania
              Suite 1250 - 615 Chestnut Street
              Philadelphia, PA  19106
              Counsel for the Government


              THE HUGHES FIRM, LLC
              BY:  EVAN T.L. HUGHES, ESQUIRE
              1845 Walnut Street, Suite 932
              Philadelphia, PA  19103
              Counsel for the Defendant


              KATHLEEN FELDMAN, CSR, CRR, RPR, CM
              Official Court Reporter
              Room 1234 - U.S. Courthouse
              601 Market Street
              Philadelphia, PA 19106
              (215) 779-5578

(Transcript produced by machine shorthand via C.A.T.)

1   IN ATTENDANCE:

2

                    Adam Sucheski
3                   Federal Bureau of Investigation

4

                    Leslie Maxwell
5                   United States Probation Office

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        (Proceedings commenced at 9:30 a.m.)

2        THE COURT:  Good morning, everyone.

3        ALL COUNSEL:  Good morning, your Honor.

4        THE COURT:  We are together at last for the

5 sentencing of Robert Wendell Landis, defendant at Criminal

6 Number 14-379, and representing the Government, as she has

7 from the beginning of this matter, is Roberta Benjamin.  Nice

8 to see you again.

9        MS. BENJAMIN:  Nice to see you, Your Honor.

10        THE COURT:  And the case agent is Adam Suchecki of

11 the FBI.

12        THE AGENT:  Yes, Your Honor.  Good morning.

13        THE COURT:  Welcome to our court.  And representing

14 Mr. Landis is Evan Hughes.  Nice to see you again.

15        MR. HUGHES:  Good morning, Your Honor.

16        THE COURT:  And here from Probation is Leslie

17 Maxwell.

18        THE PROBATION OFFICER:  Good morning, Your Honor.

19        THE COURT:  Good to see you.

20        THE PROBATION OFFICER:  You, too.

21        THE COURT:  And our first order of business is to

22 review Ms. Maxwell's report, presentence investigation report,

23 that she revised on October 15, and when she sent her revision

24 to me the next day, she reported that there were no objections

25 on the part of the Government.  Is that still true?

1          MS. BENJAMIN:  I don't know that it's an objection,

2     Your Honor, but I did put in my Sentencing Memorandum that we

3     were not --

4          THE COURT:  Well, you mentioned -- and I was going

5     to bring that to your attention.  You mentioned a variance,

6     but as I see paragraph 88, the sentencing range is 87 to 108

7     months.

8          MS. BENJAMIN:  Yes, Your Honor.

9          THE COURT:  So, therefore, there's no need for a

10    variance because the C plea is within that range.

11         MS. BENJAMIN:  Yes, Your Honor.  Assuming there are

12    no objections by the defense, then that's fine.  If there is

13    an objection, the obstruction of justice enhancement was one.

14    I didn't know if the defense was --

15         THE COURT:  But the question I have for Mr. Hughes

16    is, I mean, this is a C plea, so what difference does it make?

17         MR. HUGHES:  None, Your Honor, and I have no

18    objection.

19         MS. BENJAMIN:  Then I will remain silent, Your

20    Honor.

21         THE COURT:  Okay.  So the only question before the

22    Court is whether I should accept the C plea, and the

23    Government has filed a memorandum that I thought was quite

24    persuasive as to the justification for that because obviously

25    the victim in the case is, shall we say, an impaired

1    individual.

2         MS. BENJAMIN:  Very vulnerable, Your Honor, I would

3    say, and to ask her at this time -- she's now an adult with a

4    child of her own, and to ask her to return to this period of

5    time in 2012 and relive the matter would have been detrimental

6    to her mental health and that's why we negotiated the plea

7    that we did, Your Honor.

8         THE COURT:  Well, in light of that, it seems to me

9    very clear that the arrangement that the Government and the

10   defendant have worked out is in the interest of justice,

11   particularly because of the vulnerability of the victim, so I

12   have no hesitation accepting the C plea which, of course, is

13   90 months incarceration followed by ten years of supervised

14   release.  And, of course, in addition to the usual conditions,

15   there are some special conditions that I will recite in due

16   course.

17        I take it, Mr. Hughes, that there is no objection to

18   the special conditions that are referred to in Ms.

19   Maxwell's report?

20        MR. HUGHES:  No, Your Honor.  They've been

21   previously --

22        THE COURT:  I beg your pardon?

23        MR. HUGHES:  No, Your Honor.

24        THE COURT:  Okay.  And also I understand from the

25   Government's submission to me that the victim has not asked

1   for restitution.

2        MS. BENJAMIN:  That is correct, Your Honor, and has

3   requested not to file any kind of victim impact statement.

4        THE COURT:  Okay, so it's an affirmative election

5   not to seek it.

6        MS. BENJAMIN:  That's correct.

7        THE COURT:  Okay.  And, of course, under the Plea

8   Agreement, the Government is going to make an oral motion to

9   dismiss Counts Four and Five against Mr. Landis; right?

10       MS. BENJAMIN:  Yes, Your Honor, we will.

11       THE COURT:  So, Mr. Hughes, is there anything you

12  would like to say?  And, of course, I will invite Mr. Landis

13  to say whatever he would like.

14       MR. HUGHES:  My client comes before this Court full

15  of remorse and regret and he is looking forward to paying his

16  debt to the United States and getting this matter behind him.

17       We would just ask that Your Honor enforce the terms

18  of our negotiation.  Thank you.

19       THE COURT:  Well, Mr. Landis, you have a right to

20  address the Court even though we have an agreed-upon plea.  I

21  always welcome it when any defendant exercises his right of

22  what's called allocution, so is there anything you would like

23  to say to me?

24       THE DEFENDANT:  I think --

25       THE COURT:  If so, could you come forward.

1          THE DEPUTY CLERK:  Will you please raise your right

2     hand.

3          ROBERT WENDELL LANDIS, DEFENDANT, SWORN.

4          THE DEPUTY CLERK:  Thank you.

5          THE COURT:  Yes, Mr. Landis, what would you like to

6     say to the Court?

7          THE DEFENDANT:  I think the biggest thing I'd like

8     to stress to the Court is how -- what I did is several years

9     old.  You know, it's three and a half years ago.  Since then,

10    I'm a different person.  I've changed.  I've become married

11    since then.  I started a family since then.  I have two young

12    children at home now compared to living the single life back

13    then, you know, and the biggest thing that hurts me is,

14    obviously, the victim, but also what I'm hurting my family

15    with, too, how they're going to have to live with all the

16    things that occurred.

17         THE COURT:  Yes, that must be very difficult.

18         Anything else you'd like to say?

19         THE DEFENDANT:  No.

20         THE COURT:  Okay.  Well, as I suggested, this is a

21    pretty straightforward enterprise that we have because we have

22    an agreed-upon sentence of 90 months to be followed by ten

23    years of supervised release.  And as I suggested earlier with

24    Mr. Hughes, in addition to the usual conditions of supervised

25    release, we'll have certain special conditions, namely, that

1   you submit to one drug test within 15 days of commencement of

2   supervised release.  In addition, that you'll participate in a

3   drug/alcohol abuse program for evaluation and/or treatment and

4   abide by the rules of any such programs until satisfactorily

5   discharged.  Also, you'll participate in a mental health

6   program for evaluation and/or treatment and abide by the rules

7   of any such program until satisfactorily discharged.  And

8   then, of course, you'll participate in a sex offender

9   treatment program for evaluation and/or treatment and abide by

10  the rules of any such program until satisfactorily discharged.

11  I'm going to oblige you to report to the U.S. Probation Office

12  any regular contact with children of either sex under the age

13  of 18 and you should not obtain employment or perform

14  volunteer work which involves regular contact with children

15  under the age of 18.  And, of course, as I said to you when

16  you pled guilty, you'll be obliged to register with the state

17  offender registration agency in any state where you reside or

18  are employed, carry on a vocation, or are a student.  And, of

19  course, you'll cooperate with Probation in the collection of

20  DNA.  You will submit to an initial inspection by the U.S.

21  Probation Office and to any examinations during supervision of

22  your computer and any devices, programs, or application and

23  you shall allow the installation of any hardware or software

24  equipment which monitor or filter computer use.  I think that

25  does it.

1       Now, of course, the special assessment of $300 is,

2  for the record, due immediately.  If you can't pay it

3  immediately, you can earn it out in the Inmate Financial

4  Responsibility Program.  Understand?

5       THE DEFENDANT:  Yes.

6       THE COURT:  And, of course, even though I've

7  accepted the agreed-upon sentence that your able lawyer and

8  the Government have worked out, you, nevertheless, have a

9  right to appeal the sentence that I have imposed even though I

10  think it's unlikely there will be any appeal because I've

11  accepted the recommendation of the C plea.  But to the extent

12  that you have something you want to bring to the attention of

13  the Court of Appeals, you have 14 days from today to do so.

14  Understand, sir?

15       THE DEFENDANT:  Yes.

16       THE COURT:  Okay.  Anything else from the

17  Government?

18       MS. BENJAMIN:  No, except I will formally move to

19  dismiss Counts Four and Five.

20       THE COURT:  Four and Five.  So your oral motion to

21  dismiss in accordance with the Plea Agreement is granted and

22  I'll do a written order to that effect.

23       MS. BENJAMIN:  Thank you very much, Your Honor.

24       THE COURT:  Okay, and I thank you all very much and

25  I thank the lawyers for their hard work in this difficult

1   matter.  Thank you.

2              MS. BENJAMIN:  Thank you.

3              MR. HUGHES:  Thank you, Your Honor.

4              (Proceedings concluded at 9:49 a.m.)

5

6

                    C E R T I F I C A T E
7

8          I certify that the foregoing is a correct transcript

9   from the record of the proceedings in the above-entitled

10  matter.

11

12

13                          _____

14                          Kathleen Feldman, CSR, CRR, RPR, CM
                            Official Court Reporter
15

16  Date: _____

17

18

19

20

21

22

23

24

25

## $

**$300** [1] - 9:1

## 1

**108** [1] - 4:6
**1234** [1] - 1:23
**1250** [1] - 1:16
**14** [1] - 9:13
**14-379** [2] - 1:6, 3:6
**15** [2] - 3:23, 8:1
**18** [2] - 8:13, 8:15
**1845** [1] - 1:19
**19103** [1] - 1:20
**19106** [2] - 1:16, 1:24

## 2

**2012** [1] - 5:5
**2015** [1] - 1:8
**215** [1] - 1:24
**28** [1] - 1:8

## 6

**601** [1] - 1:23
**615** [1] - 1:16

## 7

**779-5578** [1] - 1:24

## 8

**87** [1] - 4:6
**88** [1] - 4:6

## 9

**90** [2] - 5:13, 7:22
**932** [1] - 1:19
**9:30** [1] - 3:1
**9:49** [1] - 10:4

## A

**a.m** [2] - 3:1, 10:4
**abide** [3] - 8:4, 8:6, 8:9
**able** [1] - 9:7
**above-entitled** [1] - 10:9
**abuse** [1] - 8:3

**accept** [1] - 4:22
**accepted** [2] - 9:7, 9:11
**accepting** [1] - 5:12
**accordance** [1] - 9:21
**ACTION** [1] - 1:4
**Adam** [2] - 2:2, 3:10
**addition** [3] - 5:14, 7:24, 8:2
**address** [1] - 6:20
**adult** [1] - 5:3
**age** [2] - 8:12, 8:15
**agency** [1] - 8:17
**agent** [1] - 3:10
**AGENT** [1] - 3:12
**ago** [1] - 7:9
**agreed** [3] - 6:20, 7:22, 9:7
**agreed-upon** [3] - 6:20, 7:22, 9:7
**Agreement** [2] - 6:8, 9:21
**ALL** [1] - 3:3
**allocution** [1] - 6:22
**allow** [1] - 8:23
**AMERICA** [1] - 1:4
**appeal** [2] - 9:9, 9:10
**Appeals** [1] - 9:13
**APPEARANCES** [1] - 1:13
**application** [1] - 8:22
**arrangement** [1] - 5:9
**assessment** [1] - 9:1
**assistant** [1] - 1:15
**assuming** [1] - 4:11
**ATTENDANCE** [1] - 2:1
**attention** [2] - 4:5, 9:12
**ATTORNEY** [1] - 1:14
**Attorney** [1] - 1:15

## B

**become** [1] - 7:10
**BEFORE** [1] - 1:10
**beg** [1] - 5:22
**beginning** [1] - 3:7
**behind** [1] - 6:16
**Benjamin** [1] - 3:7
**BENJAMIN** [13] - 1:14, 3:9, 4:1, 4:8, 4:11, 4:19, 5:2, 6:2, 6:6, 6:10, 9:18, 9:23, 10:2
**biggest** [2] - 7:7,

7:13
**bring** [2] - 4:5, 9:12
**Bureau** [1] - 2:3
**business** [1] - 3:21
**BY** [1] - 1:19

## C

**C.A.T** [1] - 1:25
**carry** [1] - 8:18
**case** [2] - 3:10, 4:25
**certain** [1] - 7:25
**certify** [1] - 10:8
**changed** [1] - 7:10
**Chestnut** [1] - 1:16
**child** [1] - 5:4
**children** [3] - 7:12, 8:12, 8:14
**clear** [1] - 5:9
**CLERK** [2] - 7:1, 7:4
**client** [1] - 6:14
**CM** [2] - 1:22, 10:14
**collection** [1] - 8:19
**commenced** [1] - 3:1
**commencement** [1] - 8:1
**compared** [1] - 7:12
**computer** [2] - 8:22, 8:24
**concluded** [1] - 10:4
**conditions** [5] - 5:14, 5:15, 5:18, 7:24, 7:25
**contact** [2] - 8:12, 8:14
**cooperate** [1] - 8:19
**correct** [3] - 6:2, 6:6, 10:8
**Counsel** [1] - 1:17, 1:20
**COUNSEL** [1] - 3:3
**Counts** [2] - 6:9, 9:19
**course** [10] - 5:12, 5:14, 5:16, 6:7, 6:12, 8:8, 8:15, 8:19, 9:1, 9:6
**Court** [8] - 1:22, 4:22, 6:14, 6:20, 7:6, 7:8, 9:13, 10:14
**COURT** [27] - 1:1, 3:2, 3:4, 3:10, 3:13, 3:16, 3:19, 3:21, 4:4, 4:9, 4:15, 4:21, 5:8, 5:22, 5:24, 6:4, 6:7, 6:11, 6:19, 6:25, 7:5, 7:17, 7:20, 9:6, 9:16, 9:20, 9:24
**court** [1] - 3:13
**Courthouse** [1] -

1:23
**CRIMINAL** [1] - 1:4
**Criminal** [1] - 3:5
**CRR** [2] - 1:22, 10:14
**CSR** [2] - 1:22, 10:14

## D

**DALZELL** [1] - 1:10
**Date** [1] - 10:16
**days** [2] - 8:1, 9:13
**debt** [1] - 6:16
**defendant** [3] - 3:5, 5:10, 6:21
**Defendant** [1] - 1:20
**DEFENDANT** [6] - 6:24, 7:3, 7:7, 7:19, 9:5, 9:15
**defense** [2] - 4:12, 4:14
**DEPUTY** [2] - 7:1, 7:4
**detrimental** [1] - 5:5
**devices** [1] - 8:22
**difference** [1] - 4:16
**different** [1] - 7:10
**difficult** [2] - 7:17, 9:25
**discharged** [3] - 8:5, 8:7, 8:10
**dismiss** [3] - 6:9, 9:19, 9:21
**DISTRICT** [2] - 1:1, 1:2
**District** [1] - 1:15
**DNA** [1] - 8:20
**drug** [1] - 8:1
**drug/alcohol** [1] - 8:3
**due** [2] - 5:15, 9:2
**during** [1] - 8:21

## E

**earn** [1] - 9:3
**EASTERN** [1] - 1:2
**Eastern** [1] - 1:15
**effect** [1] - 9:22
**either** [1] - 8:12
**election** [1] - 6:4
**employed** [1] - 8:18
**employment** [1] - 8:13
**enforce** [1] - 6:17
**enhancement** [1] - 4:13
**enterprise** [1] - 7:21
**entitled** [1] - 10:9

**equipment** [1] - 8:24
**ESQUIRE** [2] - 1:14, 1:19
**evaluation** [3] - 8:3, 8:6, 8:9
**EVAN** [1] - 1:19
**Evan** [1] - 3:14
**examinations** [1] - 8:21
**except** [1] - 9:18
**exercises** [1] - 6:21
**extent** [1] - 9:11

## F

**family** [2] - 7:11, 7:14
**FBI** [1] - 3:11
**Federal** [1] - 2:3
**Feldman** [1] - 10:14
**FELDMAN** [1] - 1:22
**file** [1] - 6:3
**filed** [1] - 4:23
**filter** [1] - 8:24
**Financial** [1] - 9:3
**fine** [1] - 4:12
**FIRM** [1] - 1:18
**first** [1] - 3:21
**Five** [3] - 6:9, 9:19, 9:20
**followed** [2] - 5:13, 7:22
**FOR** [1] - 1:2
**foregoing** [1] - 10:8
**formally** [1] - 9:18
**forward** [2] - 6:15, 6:25
**four** [1] - 9:20
**Four** [2] - 6:9, 9:19
**full** [1] - 6:14

## G

**Government** [8] - 1:17, 3:6, 3:25, 4:23, 5:9, 6:8, 9:8, 9:17
**Government's** [1] - 5:25
**granted** [1] - 9:21
**guilty** [1] - 8:16

## H

**half** [1] - 7:9
**hand** [1] - 7:2
**hard** [1] - 9:25
**hardware** [1] - 8:23
**health** [2] - 5:6, 8:5

**HEARING** [1] - 1:11
**hesitation** [1] - 5:12
**home** [1] - 7:12
**Honor** [19] - 3:3, 3:9, 3:12, 3:15, 3:18, 4:2, 4:8, 4:11, 4:17, 4:20, 5:2, 5:7, 5:20, 5:23, 6:2, 6:10, 6:17, 9:23, 10:3
**HONORABLE** [1] - 1:10
**Hughes** [5] - 3:14, 4:15, 5:17, 6:11, 7:24
**HUGHES** [8] - 1:18, 1:19, 3:15, 4:17, 5:20, 5:23, 6:14, 10:3
**hurting** [1] - 7:14
**hurts** [1] - 7:13

**I**

**immediately** [2] - 9:2, 9:3
**impact** [1] - 6:3
**impaired** [1] - 4:25
**imposed** [1] - 9:9
**IN** [2] - 1:1, 2:1
**incarceration** [1] - 5:13
**individual** [1] - 5:1
**initial** [1] - 8:20
**Inmate** [1] - 9:3
**inspection** [1] - 8:20
**installation** [1] - 8:23
**interest** [1] - 5:10
**Investigation** [1] - 2:3
**investigation** [1] - 3:22
**invite** [1] - 6:12
**involves** [1] - 8:14

**J**

**justice** [2] - 4:13, 5:10
**justification** [1] - 4:24

**K**

**KATHLEEN** [1] - 1:22
**Kathleen** [1] - 10:14
**kind** [1] - 6:3

**L**

**Landis** [6] - 3:5, 3:14, 6:9, 6:12, 6:19, 7:5
**LANDIS** [2] - 1:6, 7:3
**last** [1] - 3:4
**lawyer** [1] - 9:7
**lawyers** [1] - 9:25
**Leslie** [1] - 3:16
**life** [1] - 7:12
**light** [1] - 5:8
**live** [1] - 7:15
**living** [1] - 7:12
**LLC** [1] - 1:18
**looking** [1] - 6:15

**M**

**machine** [1] - 1:25
**Market** [1] - 1:23
**married** [1] - 7:10
**matter** [3] - 3:7, 5:5, 6:16, 10:1, 10:10
**Maxwell** [1] - 3:17
**Maxwell's** [2] - 3:22, 5:19
**mean** [1] - 4:16
**Memorandum** [1] - 4:2
**memorandum** [1] - 4:23
**mental** [2] - 5:6, 8:5
**mentioned** [2] - 4:4, 4:5
**monitor** [1] - 8:24
**months** [3] - 4:7, 5:13, 7:22
**morning** [5] - 3:2, 3:3, 3:12, 3:15, 3:18
**motion** [2] - 6:8, 9:20
**move** [1] - 9:18
**MR** [6] - 3:15, 4:17, 5:20, 5:23, 6:14, 10:3
**MS** [12] - 3:9, 4:1, 4:8, 4:11, 4:19, 5:2, 6:2, 6:6, 6:10, 9:18, 9:23, 10:2
**must** [1] - 7:17

**N**

**namely** [1] - 7:25
**need** [1] - 4:9
**negotiated** [1] - 5:6
**negotiation** [1] - 6:18

**nevertheless** [1] - 9:8
**next** [1] - 3:24
**nice** [3] - 3:7, 3:9, 3:14
**NO** [1] - 1:6
**none** [1] - 4:17
**Number** [1] - 3:6

**O**

**objection** [4] - 4:1, 4:13, 4:18, 5:17
**objections** [2] - 3:24, 4:12
**oblige** [1] - 8:11
**obliged** [1] - 8:16
**obstruction** [1] - 4:13
**obtain** [1] - 8:13
**obviously** [2] - 4:24, 7:14
**occurred** [1] - 7:16
**OCTOBER** [1] - 1:8
**October** [1] - 3:23
**OF** [3] - 1:2, 1:4, 1:14
**offender** [2] - 8:8, 8:17
**OFFICE** [1] - 1:14
**Office** [2] - 8:11, 8:21
**OFFICER** [2] - 3:18, 3:20
**Official** [2] - 1:22, 10:14
**old** [1] - 7:9
**one** [2] - 4:13, 8:1
**oral** [2] - 6:8, 9:20
**order** [2] - 3:21, 9:22
**own** [1] - 5:4

**P**

**PA** [3] - 1:16, 1:20, 1:24
**paragraph** [1] - 4:6
**pardon** [1] - 5:22
**part** [1] - 3:25
**participate** [3] - 8:2, 8:5, 8:8
**particularly** [1] - 5:11
**pay** [1] - 9:2
**paying** [1] - 6:15
**PENNSYLVANIA** [2] - 1:2, 1:7
**Pennsylvania** [1] - 1:15
**perform** [1] - 8:13

**period** [1] - 5:4
**person** [1] - 7:10
**persuasive** [1] - 4:24
**PHILADELPHIA** [1] - 1:7
**Philadelphia** [3] - 1:16, 1:20, 1:24
**Plea** [2] - 6:7, 9:21
**plea** [7] - 4:10, 4:16, 4:22, 5:6, 5:12, 6:20, 9:11
**pled** [1] - 8:16
**presentence** [1] - 3:22
**pretty** [1] - 7:21
**previously** [1] - 5:21
**PROBATION** [2] - 3:18, 3:20
**Probation** [4] - 3:16, 8:11, 8:19, 8:21
**proceedings** [1] - 10:9
**Proceedings** [2] - 3:1, 10:4
**produced** [1] - 1:25
**program** [5] - 8:3, 8:6, 8:7, 8:9, 8:10
**Program** [1] - 9:4
**programs** [2] - 8:4, 8:22
**put** [1] - 4:2

**Q**

**quite** [1] - 4:23

**R**

**raise** [1] - 7:1
**range** [2] - 4:6, 4:10
**recite** [1] - 5:15
**recommendation** [1] - 9:11
**record** [2] - 9:2, 10:9
**referred** [1] - 5:18
**register** [1] - 8:16
**registration** [1] - 8:17
**regret** [1] - 6:15
**regular** [2] - 8:12, 8:14
**release** [4] - 5:14, 7:23, 7:25, 8:2
**relive** [1] - 5:5
**remain** [1] - 4:19
**remorse** [1] - 6:15
**report** [4] - 3:22, 5:19, 8:11

**reported** [1] - 3:24
**Reporter** [2] - 1:22, 10:14
**representing** [2] - 3:6, 3:13
**requested** [1] - 6:3
**reside** [1] - 8:17
**Responsibility** [1] - 9:4
**restitution** [1] - 6:1
**return** [1] - 5:4
**review** [1] - 3:22
**revised** [1] - 3:23
**revision** [1] - 3:23
**ROBERT** [2] - 1:6, 7:3
**Robert** [1] - 3:5
**ROBERTA** [1] - 1:14
**Roberta** [1] - 3:7
**room** [1] - 1:23
**RPR** [2] - 1:22, 10:14
**rules** [3] - 8:4, 8:6, 8:10

**S**

**satisfactorily** [3] - 8:4, 8:7, 8:10
**see** [5] - 3:8, 3:9, 3:14, 3:19, 4:6
**seek** [1] - 6:5
**sent** [1] - 3:23
**sentence** [3] - 7:22, 9:7, 9:9
**SENTENCING** [1] - 1:11
**sentencing** [2] - 3:5, 4:6
**Sentencing** [1] - 4:2
**several** [1] - 7:8
**sex** [2] - 8:8, 8:12
**shall** [2] - 4:25, 8:23
**shorthand** [1] - 1:25
**silent** [1] - 4:19
**single** [1] - 7:12
**software** [1] - 8:23
**special** [4] - 5:15, 5:18, 7:25, 9:1
**started** [1] - 7:11
**state** [2] - 8:16, 8:17
**statement** [1] - 6:3
**STATES** [3] - 1:1, 1:4, 1:14
**States** [2] - 1:15, 6:16
**STEWART** [1] - 1:10
**still** [1] - 3:25
**straightforward** [1] - 7:21

**Street** [3] - 1:16, 1:19, 1:23

**stress** [1] - 7:8

**student** [1] - 8:18

**submission** [1] - 5:25

**submit** [2] - 8:1, 8:20

**Sucheski** [2] - 2:2, 3:10

**suggested** [2] - 7:20, 7:23

**Suite** [2] - 1:16, 1:19

**supervised** [4] - 5:13, 7:23, 7:24, 8:2

**supervision** [1] - 8:21

**SWORN** [1] - 7:3

# T

**T.L** [1] - 1:19

**ten** [2] - 5:13, 7:22

**terms** [1] - 6:17

**test** [1] - 8:1

**THE** [41] - 1:1, 1:2, 1:10, 1:14, 1:18, 3:2, 3:4, 3:10, 3:12, 3:13, 3:16, 3:18, 3:19, 3:20, 3:21, 4:4, 4:9, 4:15, 4:21, 5:8, 5:22, 5:24, 6:4, 6:7, 6:11, 6:19, 6:24, 6:25, 7:1, 7:4, 7:5, 7:7, 7:17, 7:19, 7:20, 9:5, 9:6, 9:15, 9:16, 9:20, 9:24

**therefore** [1] - 4:9

**they've** [1] - 5:20

**three** [1] - 7:9

**today** [1] - 9:13

**together** [1] - 3:4

**transcript** [1] - 10:8

**Transcript** [1] - 1:25

**treatment** [4] - 8:3, 8:6, 8:9

**true** [1] - 3:25

**two** [1] - 7:11

# U

**U.S** [3] - 1:23, 8:11, 8:20

**under** [3] - 6:7, 8:12, 8:15

**UNITED** [3] - 1:1, 1:4, 1:14

**United** [2] - 1:15, 6:16

**unlikely** [1] - 9:10

**usual** [2] - 5:14, 7:24

# V

**variance** [2] - 4:5, 4:10

**via** [1] - 1:25

**victim** [5] - 4:25, 5:11, 5:25, 6:3, 7:14

**vocation** [1] - 8:18

**volunteer** [1] - 8:14

**vs** [1] - 1:5

**vulnerability** [1] - 5:11

**vulnerable** [1] - 5:2

# W

**Walnut** [1] - 1:19

**welcome** [2] - 3:13, 6:21

**WENDELL** [2] - 1:6, 7:3

**Wendell** [1] - 3:5

**written** [1] - 9:22

# Y

**years** [4] - 5:13, 7:8, 7:9, 7:23

**young** [1] - 7:11